BENJAMIN B. WAGNER
United States Attorney
WALLACE J. LEE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:09-CR-00449 LJO |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | |
| ORLANDO MORALES-DIAZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 48(a),

Plaintiff United States of America, by and through its attorneys

of record, BENJAMIN B. WAGNER, United States Attorney, and WALLACE

J. LEE, Special Assistant United States Attorney, hereby moves to

dismiss the indictment in this case without prejudice in the

interest of justice.


DATED: April 17, 2012                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                  By:    _/s/ Wallace J. Lee_____
                                         WALLACE J. LEE
                                         Special Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated:** __ **April 17, 2012** __       _____ **/s/ Lawrence J. O'Neill** _____
                                                  UNITED STATES DISTRICT JUDGE